# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cr-00160-TWP-DLP |
| ) | |
| ROBERTO CRUZ-RIVERA ) | |
|   a/k/a ROBERT RIVERA ) | |
|   a/k/a ROBERTO CARLOS CRUZ RIVERA, ) | -01 |
| ) | |
| Defendant. ) | |

## CLERK'S NOTICE OF APPEAL

Pursuant to Fed. R. Crim. P. 32(j)(2) and at the request of Defendant made in open court at the conclusion of the sentencing hearing, the Clerk hereby files this notice of appeal on behalf of Defendant.

IT IS SO ORDERED.

Date:  2/24/2022

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Adam Eakman
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
adam.eakman@usdoj.gov

Finis Tatum, IV
TATUM LAW GROUP, LLC
ftatum@tlgindy.com

James Marshall Warden
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
james.warden2@usdoj.gov

ROBERTO CRUZ-RIVERA
26948-017
Oldham County Detention Center
3405 KY-146
La Grange, KY 40031